**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEVEN POUNDS,<br><br>Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR,<br><br>Defendant. | ) | Court No.: 24-cv-13118<br><br>Hon. Franklin U. Valderrama, District Judge<br>Hon. Maria Valdez, Magistrate Judge |
| FAMILY DOLLAR, LLC,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>PHILLIP DEGERATTO,<br><br>Third-Party Defendant. | ) | |

**MOTION TO COMPEL ANSWERS TO WRITTEN DISCOVERY**

NOW COMES the Plaintiff, STEVEN POUNDS, by and through his attorneys, THOMAS LAW, and moves this Court to compel the Defendant, FAMILY DOLLAR, to answer their outstanding Interrogatories and Requests to Produce, and in support thereof states as follows:

1. On September 24, 2024, Plaintiff sent written discovery to the Defendant, FAMILY DOLLAR, including Amended Interrogatories and Amended Requests to Produce pursuant to Illinois Supreme Court Rule 214[1] which were to be answered by Defendant.

2. On April 25, 2025, Plaintiff sent amended written discovery requests to the Defendant, FAMILY DOLLAR, including Amended Interrogatories and Amended Requests to Produce, pursuant to FRCP Rule 33, which were to be answered by Defendant.

3. On June 10, 2025, Counsel for Plaintiff attempted to reach Counsel for Defendant via telephone to discuss Defendant's outstanding written discovery.

[1] As of September of 2024, this case was in Illinois State court.

4. On June 11, 2025, and again on June 13, 2025, Counsel for Plaintiff (William Tripp) contacted Counsel for Defendant (Edward Khatskin) via email regarding Defendant's outstanding written discovery.

5. On June 13, 2025, Counsel for Defendant (Edward Khatskin) advised via email that they would require a week to provide a timeline for the completion of their outstanding written discovery.

6. On June 18, 2025, Counsel for Plaintiff (William Tripp) contacted Counsel for Defendant (Edward Khatskin) via telephone to discuss Defendant's outstanding written discovery, and was advised that Defendant would be unable to provide a concrete update until June 20, 2025.

7. As of the time of filing the instant motion, Defendant's Answers and Responses to Plaintiff's Amended Written Discovery remains outstanding.

8. Plaintiff requests that Defendant come into compliance with the outstanding written discovery within fourteen (14) days.

WHEREFORE, the Plaintiff, STEVEN POUNDS, respectfully request that this Honorable Court compel the Defendant, FAMILY DOLLAR, to answer their outstanding Amended Interrogatories and Amended Production within fourteen (14) days.

Respectfully submitted,

**_/s/ William G. Tripp_**

On behalf of the Plaintiff

**THOMAS LAW**
1 East Wacker Drive
Suite 1630
Chicago, IL 60601
T: (312) 527-4600
F: (312) 527-46874687
Firm No. 56329