**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STEVEN POUNDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No.:  24-cv-13118 |
| | ) | |
| FAMILY DOLLAR, | ) | Hon. Franklin U. Valderrama, District Judge |
| | ) | Hon. Maria Valdez, Magistrate Judge |
| Defendant. | ) | |
| FAMILY DOLLAR, LLC, | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP DEGERATTO, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Order directing the parties to file a joint status report describing remaining disputes as to the issues raised in Plaintiff Steven Pounds' Motion, the parties hereby submit the following:

## I.        Meet and Confer

William Tripp, counsel for Plaintiff, Steven Pounds, and Edward Khatskin, counsel for Defendant, Family Dollar, LLC, engaged in a meet and confer via video teleconference on June 26, 2025 regarding the issues raised in Plaintiff's motion.

Defense counsel advised that they are still working on obtaining responsive information and documents. The discovery is taking longer in light of Family Dollar being spun off and no longer being a part of the Dollar Tree umbrella. Defense counsel hopes to have responsive information available for production by the July 2, 2025, hearing set by this Court.

## II.        Status of Outstanding Discovery

All of the discovery that is the subject of Plaintiff's motion remains outstanding.

Respectfully submitted,

By: /s/*William G. Tripp*
William G. Tripp
**THOMAS LAW**
1 East Wacker Drive, Suite 1630
Chicago, IL 60601
T: (312) 527-4600
F: (312) 527-46874687
Firm No. 56329
***Attorney for Plaintiff, Steven Pounds***

Respectfully submitted,

By: /s/*Edward A. Khatskin*
Edward A. Khatskin 6319840
**Hall & Evans LLC**
121 West Wacker, Suite 2150
Chicago, IL 60601
Telephone: (312) 373-1190
nerodar@hallevans.com
khatskine@hallevans.com
***Attorney for Defendant, Family Dollar, LLC***