**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Steven Pounds
Plaintiff,
v.
Family Dollar
Defendant.

Case No.: 1:24−cv−13118
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2025:

MINUTE entry before the Honorable Maria Valdez: Hearing held on Plaintiff's Motion to Compel Answers to Written Discovery [60]. For the reasons stated in open court, the motion is granted, and Defendant is ordered to respond to all outstanding discovery requests no later than 7/16/25. The joint status report date of 8/1/25 shall stand. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.